STATE of Missouri, Respondent,

v.

Mark Joseph DETERS, Appellant.

No. ED 104173

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 22, 2017

Casey A. Taylor, 1000 West Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for Appellant.

Joshua D. Hawley, Attorney General, Nathan J. Aquino, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Sherri B. Sullivan and Kurt S. Odenwald, JJ.

## ORDER

PER CURIAM.

Mark Deters appeals from the judgment entered on his conviction after a jury trial for driving while intoxicated. There was no error in the admission of evidence regarding his refusal to take field sobriety tests and a pre-arrest breath test and no plain error arising from the prosecutor's comments during closing argument. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).